LORING R. MILLEN et al., Respondents, *v.* JOHN C. FOGG et al., Appellants.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made February 10, 1891, which affirmed an order of Special Term directing a reference.

*L. J. Morrison* for appellants.

*James G. Janeway* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

_____

JACOB RIESER, Appellant, *v.* ERNEST F. PLATH, as Administrator, etc., Respondent.

(Argued April 27, 1891; decided June 2, 1891.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made April 2, 1891, which reversed an order of reference made by the Special Term.

*Edward W. S. Johnston* for appellant.

*H. M. Gescheidt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.